CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Librado Alarcon-Gonzalez**<br>YOB: 1988; Mexico Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>18-04507MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 15, 2018, at or near Sentinel, in the District of Arizona, **Librado Alarcon-Gonzalez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on April 26, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Librado Alarcon-Gonzalez** is a citizen of Mexico. On April 26, 2018, **Librado Alarcon-Gonzalez** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On May 15, 2018, agents found **Librado Alarcon-Gonzalez** in the United States at or near Sentinel, Arizona, without the proper immigration documents. **Librado Alarcon-Gonzalez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/drh<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 16, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54